RECEIVED
AUG 07 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

__HILEBERTO VALTIERRA__
Petitioner

__O. BAILEY__
Respondent(s)

FILED
AUG 07 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
__1:25CV00965 EPG (HC)__

**DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS**

I, __HILEBERTO VALTIERRA__, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☒ Yes   ☐ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. __I AM THE CATHOLIC CHAPLAIN CLERK AT VALLEY STATE PRISON AND I MAKE $0.22 an hr at ABOUT 50 HRS A MONTH AND MAKE ABOUT $15.00 A MONTH__

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?
   a. Business, profession or form of self-employment?   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends?   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments?   ☐ Yes   ☒ No
   d. Gifts or inheritances?   ☐ Yes   ☒ No
   e. Any other sources?   ☐ Yes   ☒ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

3. Do you own any cash, or do you have money in a checking or savings account?   *(Include any funds in prison accounts)*
   ☐ Yes   ☒ No

If the answer is yes, state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)*  ☐ Yes  ☒ No

   If the answer is yes, describe the property and state its approximate value: _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: __N/A__

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __July 31st, 2025__
             Date

_____
Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $__0.16__ on account to his credit at the __Valley State Prison (VSP)__ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: __N/A__

__8/04/25__
Date

_Elizabreth Wigareda / Accounting Officer, Specialist_
Authorized Officer of Institution/Title of Officer



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _E. Wigareda_
      TRUST OFFICE

Date\Time: 8/4/2025 9:48:06 AM
Institution: VSP

CDCR
Inmate Statement Report

Verified:

| Start Date: | 2/4/2025 | Revalidation Cycle: | All |
| End Date: | 8/4/2025 | Housing Unit: | All |
| Inmate/Group#: | BP2774 | | |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY C. Hajreda
TRUST OFFICE

1

Date\Time: 8/4/2025 9:48:06 AM
Institution: VSP

Case 1:25-cv-00965-EPG    Document 6    Filed 08/07/25    Page 4 of 5

CDCR
Inmate Statement Report

Verified:

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| BP2774 | VALTIERRA, HILEBERTO | VSP | B 003 1 | 026004 |

**Current Available Balance:**       $0.16

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 02/04/2025 | VSP | BEGINNING BALANCE | | | | $0.00 |
| 04/08/2025 | VSP | I/M PAY - SUPPORT | CLK.219.001 MAR25 | | $10.78 | $10.78 |
| 04/08/2025 | VSP | DIRECT ORDER PAYMENT | CLK.219.001 MAR25 | | ($5.39) | $5.39 |
| 04/24/2025 | VSP | SALES | 41 | | ($5.10) | $0.29 |
| 05/06/2025 | VSP | I/M PAY - SUPPORT | CLK.219.001 APR25 | | $11.55 | $11.84 |
| 05/06/2025 | VSP | DIRECT ORDER PAYMENT | CLK.219.001 APR25 | | ($5.77) | $6.07 |
| 05/10/2025 | VSP | KIOSK REQUEST - GTL | | | ($6.00) | $0.07 |
| 05/21/2025 | VSP | WUNK TRANSFER OUT | | | ($0.07) | $0.00 |
| 05/22/2025 | IHQ0 | WUNK TRANSFER IN | WUNK | | $0.07 | $0.07 |
| 05/27/2025 | VSP | TRACS TRANSFER IN | TX05272025 | | $0.07 | $0.07 |
| 05/27/2025 | IHQ0 | TRACS TRANSFER OUT | TX05272025 | | ($0.07) | $0.00 |
| 06/05/2025 | VSP | I/M PAY - SUPPORT | CLK.219.001 MAY25 | | $12.32 | $12.39 |
| 06/05/2025 | VSP | DIRECT ORDER PAYMENT | CLK.219.001 MAY25 | | ($6.16) | $6.23 |
| 06/22/2025 | VSP | KIOSK REQUEST - GTL | | | ($6.00) | $0.23 |
| 07/01/2025 | VSP | INMATE DEPOSIT | 140506761 | 23856 | $50.00 | $50.23 |
| 07/07/2025 | VSP | I/M PAY - SUPPORT | CLK.219.001 JUN25 | | $11.55 | $61.78 |
| 07/07/2025 | VSP | DIRECT ORDER PAYMENT | CLK.219.001 JUN25 | | ($5.77) | $56.01 |
| 07/22/2025 | VSP | SALES | 34 | | ($5.85) | $50.16 |
| 07/31/2025 | VSP | DIRECT ORDER PAYMENT | 140506761 | | ($25.00) | $25.16 |
| 08/01/2025 | VSP | KIOSK REQUEST - GTL | | | ($25.00) | $0.16 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|

**No information was found for the given criteria.**

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | F19908265 | Active | $10,000.00 | $0.00 | $0.00 | $10,000.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

2

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| DIRECT ORDER | F19908265 | Active | $7,081.74 | $0.00 | ($48.09) | $6,796.64 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

3