**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HILEBERTO VALTIERRA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>B. BAILY,<br><br>　　　　　Respondent. | No. 1:25-cv-00965-JLT-EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING RESPONDENT'S MOTION TO DISMISS, DISMISSING UNEXHAUSTED CLAIM, AND ALLOWING PETITIONER TO PROCEED WITH EXHAUSTED CLAIMS<br><br>(Docs. 18, 20) |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 27, 2026, the magistrate judge issued findings and recommendations recommending that Respondent's motion to dismiss be denied and unexhausted Ground Thirteen be dismissed. (Doc. 20.) The Court served the findings and recommendations on the parties, notified them that any objections were to be filed within 14 days, and warned them that failure to timely file objections would waive certain rights on appeal. (*Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) To date, no objections have been filed, and the time for doing so has passed.

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the

1

case. Having carefully reviewed the entire file, the Court concludes the findings and recommendation are supported by the record and proper analysis.

Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued on January 27, 2026 (Doc. 20) are **ADOPTED IN FULL**.

2. Respondent's motion to dismiss (Doc. 18) is **DENIED**.

3. Ground Thirteen is **DISMISSED** as unexhausted.

4. The matter is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **February 21, 2026**

UNITED STATES DISTRICT JUDGE

2