# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILEBERTO VALTIERRA,<br>Petitioner,<br>v.<br>B. BAILY,<br>Respondent. | Case No. 1:25-cv-00965-JLT-EPG-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE STATUS UPDATE REGARDING PETITIONER'S JUDGMENT AND RESENTENCING |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed a notice of vacated judgment. (ECF No. 30.)

Within **SEVEN (7) days** of the date of service of this order, Respondent SHALL FILE a status update regarding Petitioner's judgment and resentencing.

IT IS SO ORDERED.

Dated: **November 16, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE